■ REENA KUMAR et al., Respondents, v JEFFREY A. TISACK, Appellant. [813 NYS2d 689]—Appeal from a judgment of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered May 4, 2004 in a personal injury action. The judgment, upon an order granting plaintiffs' motion to strike the answer, was entered in favor of plaintiffs and against defendant in the amount of $493,961.03.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.

■ In the Matter of MARTHA YOUNG-MAXWELL, Appellant, v STATE OF NEW YORK, Respondent. [813 NYS2d 317]—Appeal from an order of the Court of Claims (Richard E. Sise, J.), entered November 9, 2004. The order denied claimant's motion for permission to file a late claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims. Present— Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.